ORIGINAL



FILED

01/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0027

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MONTE RAY WALTON, SR.,

    Defendant and Appellant,

---

ORDER

FILED

JAN 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Chad Wright, Appellate Defender, petitions this Court, on behalf of Monte Ray Walton, Sr., for an out-of-time appeal from the September 5, 2023 order of the Seventh Judicial District Court, Dawson County, in Cause No. DC-2022-023. The Attorney General's Office does not object to this motion.

Wright asserts that Walton's trial counsel did not immediately act to appeal Walton's criminal conviction because counsel anticipated that the trial court would issue an amended final written judgment. However, the trial court did not issue an amended judgment and Walton thus missed the time for filing a Notice of Appeal.

Pointing out that Walton had expressed a desire to appeal his criminal conviction, Wright argues it would be unjust to deny Walton the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of Walton's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before February 20, 2024, Wright shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 23 day of January, 2024.

_____

_____

_____

_____

_____
Justices